# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMETRI M. REVADA,<br><br>           Plaintiff,<br><br>      v.<br><br>R. HEISE, et al.,<br><br>           Defendants.<br>_____/ | Case No. 1:13-cv-01458-SKO PC<br><br>ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Dimetri M. Revada, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 4, 2013. Plaintiff's complaint is unsigned. All filings must bear Plaintiff's original signature. Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, the unsigned complaint is HEREBY STRICKEN from the record and Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order. **The failure to comply with this order will result in dismissal of this action, without prejudice.**

The Clerk's Office shall send Plaintiff a complaint form with this order.

IT IS SO ORDERED.

   Dated:   **September 12, 2013**            **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE