1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10  DIMETRI M. REVADA,                    Case No.  1:13-cv-01458-SKO PC

11          Plaintiff,                   ORDER STRIKING UNSIGNED
                                         COMPLAINT AND REQUIRING
12      v.                               PLAINTIFF TO FILE SIGNED
                                         COMPLAINT WITHIN THIRTY DAYS
13  R. HEISE, et al.,
                                         (Doc. 1)
14          Defendants.

15  _____/

16

17          Plaintiff Dimetri M. Revada, a state prisoner proceeding pro se, filed this civil rights action

18  pursuant to 42 U.S.C. § 1983 on September 4, 2013.  Plaintiff's complaint is unsigned.  All filings

19  must bear Plaintiff's original signature.  Fed. R. Civ. P. 11(a); Local Rule 131.

20          Accordingly, the unsigned complaint is HEREBY STRICKEN from the record and

21  Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order.

22  **The failure to comply with this order will result in dismissal of this action, without prejudice.**

23          The Clerk's Office shall send Plaintiff a complaint form with this order.

24
25  IT IS SO ORDERED.

26  Dated:   **September 12, 2013**              _____ **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28